158 A.3d 1226

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent**

v.

**Christopher FORMAN, Petitioner**

No. 132 EM 2016

Supreme Court of Pennsylvania.

September 30, 2016.

## ORDER

PER CURIAM

**AND NOW**, this 30th day of September, 2016, the Application for Leave to File Original Process and the Petition for

Writ of Mandamus are **DISMISSED**. *See Commonwealth v. Ali*, 608 Pa. 71, 10 A.3d 282 (2010) (providing that hybrid representation is impermissible).

The Prothonotary is **DIRECTED** to forward these filings to counsel of record.